# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HOLLIE LALONDE

VERSUS

GREENWOOD MOTOR LINES, INC.
D/B/A R+L CARRIERS,
PROTECTIVE INSURANCE
COMPANY, JOHN PARKER,
ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,
SAFECO INSURANCE COMPANY OF
OREGON, AND JOEL DANEHOWER,
INDIVIDUALLY AND AS THE
ADMINISTRATOR OF THE ESTATE
OF HIS MINOR CHILD EMILY
DANEHOWER

NO.  2019 CW 0564

OCT 18 2019

---

In Re:  John Parker, Greenwood Motor Lines, Inc. D/B/A R+L Carriers and Protective Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 648376.

---

BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT